UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                Case No. 19-cr-20246
                Hon. DENISE PAGE HOOD

vs.

REYAD GAFAR ABBAS,

        Defendant.
_____/

TIMOTHY WYSE
U.S. Attorney's Office
211 W. Fort Street; Suite 2001
Detroit, MI 48226
313-226-9144
Email: Timothy.Wyse@usdoj.gov

SANFORD A. SCHULMAN
Attorney for Defendant
       REYAD GAFAR ABBAS
500 Griswold Street, Suite 2340
Detroit, Michigan 48226
(313) 963-4740
Email: saschulman@comcast.net
_____/

**NOTICE TO WITHDRAW MOTION TO WAIVE APPEARANCE AT PRETRIAL OR TO PARTICIPATE TELEPHONICALLY (R. 41)**

    The Defendant, REYAD GAFAR ABBAS, by and through his attorney,

SANFORD A. SCHULMAN, hereby withdraws as moot the Motion To Waive

1

Appearance at June 18, 2019 Pretrial or in the alternative to allow defendant to participate telephonically (DKT 41).

                    Respectfully submitted,

                    /s/ Sanford A. Schulman
                    SANFORD A. SCHULMAN
                    Attorney for Defendant:
                        REYAD GAFAR ABBAS
                    500 Griswold Street, Suite 2340
                    Detroit, Michigan 48226
                    (313) 963-4740
                    Email: saschulman@comcast.net

Date: June 25, 2019